Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

FILED
2014 MAY -7 PM 12: 22

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re Subpoena to              )    Notice of Lodging of Summary Spreadsheet and
Telscape Communications, Inc.  )    DMCA Notifications
                               )

Documents attached to the cd include:   MC14-00276

1. Excel Summary Spreadsheet

2. Notices from January 1, 2014 to April 13, 2014

Executed on   May 7, 2014

_____
Dennis J. Hawk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS SECTION OF THE CLERK'S OFFICE FOR PUBLIC VIEWING**

G-114 (02/09)   VOLUMINOUS DOCUMENT OR NON DOCUMENT ITEM FOR PUBLIC VIEWING